JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
Damone Block

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-0212 LKK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERNCE |
| DAMONE BLOCK, | ) Date: 8/11/09<br>) Time: 9:15 a.m.<br>) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Mary L. Grad, Assistant United States Attorney, together with counsel for defendant Damone Block, John R. Manning, Esq., that the status conference presently set for August 11, 2009 be **continued to October 14, 2009, at 9:15 a.m.**, thus **vacating** the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically Mr. Manning will be in trial) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference October 14, 2009.

1

IT IS SO STIPULATED

Dated:  August 7, 2009                                          /s/ John R. Manning
                                                                JOHN R. MANNING
                                                                Attorney for Defendant
                                                                Damone Block


Dated:  August 7, 2009                                          Lawrence G. Brown
                                                                United States Attorney


                                                                by: /s/ Mary L. Grad
                                                                MARY L. GRAD
                                                                Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAMONE BLOCK

IN THE UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-0212 LKK |
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERNCE |
| DAMONE BLOCK, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the August 11, 2009 status conference be continued to **October 14, 2009 at 9:15 a.m.**  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 from the date of this order to October 14, 2009.

IT IS SO ORDERED.
Dated: August 11, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3